IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAVIER REYES OTERO,

        Plaintiff,

v.

REED A. RICHARDSON.

        Defendant.

ORDER

14-cv-760-jdp

---

Petitioner, by counsel, has filed a motion (dkt. 22) for the court to re-issue the court's August 30, 2016 text order (dkt. 21) as a captioned order, and send a certified copy to the specified hospital. That motion is granted.

IT IS ORDERED that:

(1) In accordance with the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, §§ 261-264, 110 Stat. 1936 (Aug. 21, 1996) and 45 C.F.R. § 164.512(e)(1)(i), that Children's Hospital of Wisconsin promptly shall submit to this court under seal and in camera a copy of the video of the colposcopy examination of the victim, taken on January 8, 2007.

(2) Not later than October 7, 2016, the parties must submit either a jointly-proposed protective order for this video, or competing proposals. Thereafter, the court will allow access to the video pursuant to the protective order actually entered.

(3) The Clerk of Court of court shall mail a copy of this order, affixed with the court seal, to:

    Children's Hospital of Wisconsin
    c/o Release of Information (Dept. 768)
    6737 W. Washington St., Suit 4250
    P.O. Box 1997
    West Allis, WI 53214

Entered this 23RD day of September, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge